# United States Court of Appeals

## For the First Circuit

No. 18-1704

JOSEPH O'BRIEN,

Plaintiff, Appellant,

v.

TOWN OF BELLINGHAM, Commonwealth of Massachusetts;
RICHARD PERRY, individually and in his official capacity
as a police officer; TIMOTHY JOYCE, individually and in his
official capacity as a police officer; JAMES RUSSELL,
individually and in his official capacity as a police officer;
BRIAN KUTCHER, individually and in his official capacity
as a police officer; JOHN MELANSON, individually and in his
official capacity as a police officer,

Defendants, Appellees,

ERIC ZIMMERMAN, individually and in his official capacity
as a police officer; MICHAEL GILBOY, individually and in his
official capacity as a police officer,

Defendants.

---

**ERRATA SHEET**

The opinion of this Court, issued on November 22, 2019, is
amended as follows:

On page 11, lines 5-6, please replace "Almost forty minutes
after arriving at the Police Station," with "Almost forty minutes
after O'Brien arrived at the Police Station,".